IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOCELYN O'QUINN, SHELBY PATRIZI, AND CHARLOTTE ARCENEAUX, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF JOHN O'QUINN, DECEASED | § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 1:24-cv-00015 |
| DARRELL THIBODEAUX AND GOODYEAR TIRE AND RUBBER COMPANY | § § § § | |

**PLAINTIFFS' NOTICE OF FILING INITIAL DISCLOSURES**

TO: Defendant, DARRELL THIBODEAUX, by and through its attorneys of record, John Engvall, Jr., Engvall & York, LLP, 1811 Bering Drive, Suite 210, Houston, Texas 77057.

TO: Defendant, GOODYEAR TIRE & RUBBER COMPANY, by and through its attorneys of record, Michele Y. Smith and Ryan C. Scott, MehaffyWeber, 2615 Calder, Suite 800, Beaumont, Texas 77702.

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, **JOCELYN O'QUINN, SHELBY PATRIZI, AND CHARLOTTE ARCENEAUX, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF JOHN O'QUINN, DECEASED**, served upon all parties Plaintiffs' Initial Disclosures in the above-styled and numbered cause.

    Respectfully submitted,

    By: */s/ Timothy M. Ferguson*
    Timothy M. Ferguson
    State Bar No. 24099479
    tferguson@thefergusonlawfirm.com

The Ferguson Law Firm, LLP<br>
3155 Executive Blvd.<br>
Beaumont, Texas 77705<br>
(409) 832-9700 – T<br>
(409) 832-9708 – F

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  This is to certify that the original foregoing instrument has been served on opposing counsel on this the 26th day of February, 2024.

     */s/ Timothy M. Ferguson*
     Timothy M. Ferguson